JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
James@jameshawkinsaplc.com
Gregory Mauro, Esq. (#222239)
Greg@jameshawkinsaplc.com
Michael Calvo, Esq. (#314986)
Michael@jameshawkinsaplc.com
Lauren Falk, Esq. (#316893)
Lauren@jameshawkinsaplc.com
Ava Issary, Esq. (#342252)
Ava@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676

Attorneys for Plaintiff
MOISES SALAS

MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
George S. Benjamin, Bar No. 273240
george.benjamin@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES SALAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-010430-CAS-RAO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 23, 2024<br>(Los Angeles Superior Court) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT NOTICE OF SETTLEMENT
2:24-CV-10430-CAS-RAO

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 16-15.7, Plaintiff MOISES SALAS ("Plaintiff") and Defendant BIMBO BAKERIES USA, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, have reached an agreement to settle all claims in the action on an individual basis.

The Parties are completing negotiations of a long form settlement agreement, which will result in a dismissal of the action.

Therefore, the Parties request that the Court vacate all pending dates and deadlines as the Parties finalize the settlement.

Dated: February 24, 2025            JAMES HAWKINS APLC

By  /s/ Lauren Falk
James R. Hawkins
Gregory Mauro
Michael Calvo
Lauren Falk
Ava Issary
Attorneys for Plaintiff
MOISES SALAS

Dated: February 24, 2025            MORGAN, LEWIS & BOCKIUS LLP

By  [signature]
John S. Battenfeld
George S. Benjamin
Attorneys for Defendant
BIMBO BAKERIES USA, INC.

In compliance with Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.