JAMES HAWKINS APLC
James R. Hawkins, Esq. (#192925)
James@jameshawkinsaplc.com
Gregory Mauro, Esq. (#222239)
Greg@jameshawkinsaplc.com
Michael Calvo, Esq. (#314986)
Michael@jameshawkinsaplc.com
Lauren Falk, Esq. (#316893)
Lauren@jameshawkinsaplc.com
Ava Issary, Esq. (#342252)
Ava@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676

Attorneys for Plaintiff
MOISES SALAS

MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
George S. Benjamin, Bar No. 273240
george.benjamin@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOISES SALAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIMBO BAKERIES USA, INC.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-010430-CAS-RAO<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION**<br><br>**FED. R. CIV. P. 41(a)(1)(A)(ii)** |
|---|---|

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Plaintiff Moises Salas ("Plaintiff") and Defendant Bimbo Bakeries USA, Inc. ("Defendant") (collectively the "Parties") by and through their respective counsel of record, hereby stipulate to dismiss this action. The Parties hereby stipulate and agree as follows:

WHEREAS, on September 23, 2024, Plaintiff filed a Class Action Complaint in the Superior Court of the State of California, Los Angeles County, entitled *Moises Salas, et al. v. Bimbo Bakeries USA, Inc., et al.*, Case No. 24STCV24659;

WHEREAS, on December 4, 2024, Defendant filed its Notice of Removal (Dkt. No. 1), removing this matter to the United States District Court, Central District of California (the "Court");

WHEREAS, on February 24, 2025, the Parties filed a Joint Notice of Settlement with the Court stating that the Parties had reached an agreement to settle all claims in this action on an individual basis (Dkt. No. 14);

WHEREAS, on February 26, 2025, the Court issued a Minute Order vacating all dates in this action and ordering the Parties to file a stipulation for dismissal or a joint report detailing settlement status within 30 days (Dkt. No. 15);

WHEREAS, on March 14, 2025, the Parties fully executed a Confidential Settlement Agreement and General Release;

WHEREAS, Plaintiff has not moved for class certification and a class has not been certified by the Court;

WHEREAS, under Rule 23(e) of the Federal Rules of Civil Procedure, where a class has not been certified, Court approval is not required for dismissal. Fed. R. Civ. P. 23(e) (court approval only required for dismissal of "the claims, issues, or defenses of a **certified** class") (emphasis added); *see also Sinico v. Lyons Magnus, LLC*, 2023 WL 2976370, at *1 (E.D. Cal. 2023); *Del Rio v. CreditAnswers, LLC*, 2011 WL 1869881, at *2 (S.D. Cal. 2011).

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel of record, as follows, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. Plaintiff's individual claims are hereby dismissed in their entirety, with prejudice;
2. Plaintiff's class claims are dismissed without prejudice, but the Parties' settlement precludes Plaintiff from pursuing the class claims and action; and
3. Each Party is to bear his or its own attorney's fees and costs.

Accordingly, as counsel for both Parties have signed this Stipulation, no order from the Court is necessary to effect the dismissal of the action.

Dated: March 25, 2025                     JAMES HAWKINS APLC


By  */s/ Lauren Falk*
James R. Hawkins
Gregory Mauro
Michael Calvo
Lauren Falk
Ava Issary
Attorneys for Plaintiff
MOISES SALAS

Dated: March 25, 2025                     MORGAN, LEWIS & BOCKIUS LLP


By  */s/ George S. Benjamin*
John S. Battenfeld
George S. Benjamin
Attorneys for Defendant
BIMBO BAKERIES USA, INC.

In compliance with Local Rule 5-4.3.4, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By  */s/ George S. Benjamin*
George S. Benjamin